IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Effectively Illuminated Pathways LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Aston Martin Lagonda of North America, Inc., et al.,**<br><br>Defendants. | Civil Action No. 6:11-cv-00034-LED<br><br>**JURY TRIAL DEMANDED** |

## ANSWER TO MASERATI'S COUNTERCLAIMS

Plaintiff Effectively Illuminated Pathways LLC ("EIP") answers the counterclaims of defendant Maserati North America, Inc. ("Maserati") (Dkt. No. 50) as follows:

1. EIP admits that Maserati is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 250 Sylvan Avenue, Englewood Cliffs, New Jersey 07632.  EIP denies the remaining allegations of paragraph 1.

2. Admitted.

### JURISDICTION AND VENUE

3. Admitted.

4. Admitted.

### COUNT ONE:  DECLARATORY JUDGMENT OF NON-INFRINGEMENT

5. EIP incorporates by reference its answers set forth in paragraphs 1 through 4 above as if fully set forth herein.

6. Admitted.

1

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Denied.

**COUNT TWO:  DECLARATORY JUDGMENT OF PATENT INVALIDITY**

12. EIP incorporates by reference its answers set forth in paragraphs 1 through 11 above as if fully set forth herein.

13. Admitted.

14. Admitted.

15. Denied.

**PRAYER**

To the extent necessary, EIP denies that Maserati is entitled to the relief requested at the conclusion of its counterclaims, or any relief whatsoever.

**DEMAND FOR JURY TRIAL**

EIP demands a trial by jury on all issues so triable.

Respectfully submitted,

Dated: April 29, 2011

By:  /s/  *Bruce D. Kuyper*
Andrew W. Spangler
Texas State Bar No. 24041960
SPANGLER LAW P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903-753-9300
Facsimile:  903-553-0403
Email: spangler@spanglerlawpc.com

        Marc A. Fenster
        California State Bar No. 181067
        E-mail: mfenster@raklaw.com
        Bruce D. Kuyper
        California State Bar No. 144969
        Email: bkuyper@raklaw.com
        Adam Hoffman
        California State Bar No. 218740
        Email: ahoffman@raklaw.com
        RUSS, AUGUST & KABAT
        12424 Wilshire Boulevard, 12th Floor
        Los Angeles, California 90025
        Telephone:  310-826-7474
        Facsimile:  310-826-6991

Attorneys for Plaintiff,
Effectively Illuminated Pathways LLC

**CERTIFICATE OF SERVICE**

  I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on April 29, 2011 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated:  April 29, 2011         */s/ Bruce D. Kuyper*
                 Bruce D. Kuyper