**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **EFFECTIVELY ILLUMINATED PATHWAYS LLC,** § § § | | |
| *Plaintiff*, § | | |
| § | **NO. 6:11-cv-34-LED-JDL** | |
| v. § | | |
| § | **JURY TRIAL DEMANDED** | |
| § | | |
| **ASTON MARTIN LAGONDA OF NORTH AMERICA, INC.,** *et al.,* § § § | | |
| *Defendants.* § § | | |

### ORDER

Before the Court is Ford, Maserati, and Mitsubishi's (collectively, "Moving Defendants") emergency motion for a two week extension to provide their Rule 3-3 and 3-4 patent invalidity contentions ("Motion")(Doc. No. 110). The matter has been fully briefed. *See* (Doc. Nos. 111, 114, & 115). Plaintiff asserts that it would be prejudiced by the extension because it will be unable to review the Moving Defendants' invalidity contentions before responding to an office action in the patent-in-suit's reexamination proceedings with the Patent and Trademark Office. *See* (Doc. No. 111) at 2. Absent extraordinary circumstances not found here, the Court cannot coordinate this litigation with reexamination proceedings pending with the Patent and Trademark Office. Having considered the Motion and submissions by the parties, the Court **GRANTS** the Motion. The Moving Defendants' Rule 3-3 and 3-4 patent invalidity contentions are due on January 27, 2012.

**So ORDERED and SIGNED this 11th day of January, 2012.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE