## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **Effectively Illuminated Pathways LLC,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 6:11-cv-34-LED-JDL** |
| **Aston Martin Lagonda of North America, Inc., et al.,** | |
| **Defendants.** | |

## ORDER EXTENDING BRIEFING DEADLINES FOR EARLY *MARKMAN* HEARING

## AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

Having considered the parties' joint motion and finding good cause appearing, the Court hereby grants the motion to extend the briefing deadlines for the Early *Markman* Hearing and Motion for Summary Judgment of Non-Infringement.  The briefing deadlines set forth in the Court's order (Doc. No. 112) is accordingly modified as follows:

**May 10, 2012**:     Reply brief and supporting evidence due.  Brief shall not exceed 5 pages.

**May 3, 2012**:      Response to Combined Motion for Summary Judgment of Non Infringement and claim construction brief due.  Brief shall not exceed 15 pages.

**So ORDERED and SIGNED this 23rd day of April, 2012.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE