## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **EFFECTIVELY ILLUMINATED PATHWAYS LLC,** § § § | |
| *Plaintiff,* § § | NO. 6:11-cv-34-LED-JDL |
| v. § § | JURY TRIAL DEMANDED |
| § | |
| **ASTON MARTIN LAGONDA OF NORTH AMERICA, INC.,** *et al.,* § § § | |
| *Defendants.* § | |

## FINAL JUDGMENT

Pursuant to the Order granting the parties' Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Effectively Illuminated Pathways LLC filed suit against eight defendants on January 18, 2011. Since that time, all defendants have been dismissed: Aston Martin Lagonda of North America, Inc. (Doc. No. 149); Bentley Motors, Inc. (Doc. No. 151); BMW of North America, LLC (Doc. No. 103); Ford Motor Company (Doc. No. 155); Maserati North America, Inc. (Doc. No. 160); Mitsubishi Motors N.A. Inc. (Doc. No. 159); and Volkswagen Group of America, Inc. (Doc. No. 151 ).

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED, ADJUDGED**, and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 24th day of May, 2012.**

